1472

## RECONSIDERATION OF PRIOR DECISIONS

**2004–1163. State v. Johnson.**
Guernsey C.P. No. 03–CR–116. Reported at 112 Ohio St.3d 210, 2006-Ohio-6404, 858 N.E.2d 1144. On motion for reconsideration. Motion denied.
CUPP, J., not participating.

**2006–1081. Acordia of Ohio, LLC v. Davis.**
Hamilton App. No. C–050559. Reported at 112 Ohio St.3d 1404, 2006-Ohio-6447, 858 N.E.2d 816. On motion for reconsideration. Motion denied.
CUPP, J., not participating.

**2006–1597. Kelly v. Auto–Owners Ins. Co.**
Hamilton App. No. C–050450, 2006-Ohio-3599. Reported at 112 Ohio St.3d 1406, 2006-Ohio-6447, 858 N.E.2d 817. On motion for reconsideration. Motion denied.
CUPP, J., not participating.